[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 1202.]

MADERA, APPELLANT, *v.* SATELLITE SHELTERS, INC. ET AL., APPELLEES.

[Cite as *Madera v. Satellite Shelters, Inc.*, 1999-Ohio-342.]

*Appeal dismissed as improvidently allowed—Court of appeals' opinion ordered not to be published.*

(No. 98-1927—Submitted May 26, 1999—Decided July 7, 1999.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 73172.

———————————

*Dolatowski & Campbell Co., L.P.A.*, and *Robert B. Campbell*, for appellant.

*Belkin, Billick & Harrold Co., L.P.A., Linda Hauserman Harrold* and *Lester W. Armstrong; Littler Mendelson, P.C., Marko J. Mrkonich* and *Ingrid M. Kreuser*, for appellees.

*Louis A. Jacobs; Law Offices of John S. Marshall* and *Joshua J. Morrow*, urging reversal for *amici curiae*, Ohio Employment Lawyers Association, Committee Against Sexual Harassment, Ohio Civil Rights Coalition, and Now Education & Legal Fund.

———————————

{¶ 1} This cause is dismissed, *sua sponte*, as having been improvidently allowed.

{¶ 2} The court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may not be cited as authority except by the parties *inter se*.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

———————————

ALICE ROBIE RESNICK, J., dissenting.

**{¶ 3}** This case contains important issues and should be addressed on the merits.  I respectfully dissent from the majority's determination to dismiss as improvidently allowed.

DOUGLAS, J., concurs in the foregoing dissenting opinion.

_____